UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL

| Case No. | CV12-2663-CAS(AJWx) | | Date | May 14, 2013 |
|---|---|---|---|---|
| Title | ANTHONY YUZWA V. M/V OOSTERDAM; ET AL. | | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not present | Not present |

**Proceedings:**     **(In Chambers:) PLAINTIFF'S EX PARTE APPLICATION FOR ORDER FOR ALLOWING FILING OF FIRST AMENDED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** [Dkt. No. 44]

The Court set a deadline for filing amended pleadings or adding parties of February 28, 2013.  On that date, plaintiff filed his motion for leave to file a first amended complaint.  Dkt. Nos. 30, 34.  The Court continued the hearing date on plaintiff's motion to May 20, 2013, pursuant to the joint stipulation of the parties.

On May 6, 2013, plaintiff Anthony Yuzwa filed the instant ex parte application to amend his motion for leave to file a first amended complaint.  The Court finds that plaintiff's ex parte application should be DENIED.  Plaintiff may not amend his motion for leave to file a first amended complaint to avail himself, retroactively, of the deadline for amending pleadings.  If plaintiff seeks to file an amended complaint different in substance than the proposed First Amended Complaint lodged with his motion, plaintiff may notice a new motion under the standards set forth in Federal Rules of Civil Procedure 15 and 16.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |