JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY YUZWA, an individual<br><br>    Plaintiff<br><br>vs.<br><br>M/V OOSTERDAM, IMO Number 9221281, her engines, tackle, apparel, furniture, and appurtenances, *in rem*; HOLLAND AMERICA LINE INC., a Washington corporation; HASTINGS, CLAYTON & TUCKER, INC., d/b/a STILETTO ENTERTAINMENT, a Nevada corporation; ; *in personam*, and DOES 1 through 15, inclusive,<br><br>    Defendants. | Case No. CV12-2663 CAS (AJWx)<br><br>[PROPOSED] **ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint filed: March 28, 2012<br><br>Trial Date: February 18, 2014<br>Judge: Christina A. Snyder |

Having reviewed the Stipulation Re: Dismissal of Entire Action with Prejudice entered into between the parties to this action, Plaintiff Anthony Yuzwa (hereinafter "Plaintiff"), Defendant HAL MARITIME LTD. (erroneously sued as Holland America Line Inc. and hereinafter "HAL MARITIME"), Defendant M/V OOSTERDAM, IMO

Number 9221281, her engines, tackle, apparel, furniture, and appurtenances, *in rem* (hereinafter "OOSTERDAM"), and Defendant HASTINGS, CLAYTON & TUCKER, INC., d/b/a STILETTO ENTERTAINMENT (hereinafter "STILETTO"), and good cause appearing therefore:

IT IS HEREBY ORDERED that:

1. Said stipulation is made as the result of an out-of-court settlement of the action by and between all parties to this action;

2. Plaintiff's entire Second Amended Complaint, and all causes of action therein, in the above-captioned action, be and hereby is dismissed with prejudice as to all defendants named therein, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

3. Stiletto Television, Inc., which was a named defendant that was dismissed without prejudice earlier in the litigation, is now deemed to be dismissed with prejudice;

4. All parties are to bear his/her/its own attorneys' fees and costs;  and

5. This court shall retain exclusive jurisdiction over all disputes between or among the parties arising out of the settlement agreement reached between the parties thereto.

Dated: January 16, 2014

*Christina A. Snyder*

Honorable Christina A. Snyder